**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JS-6**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 22-5163-JFW(KSx)**                    Date:  October 25, 2022

Title:      Armando Alba *-v-* Clean Harbors Environmental Services, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                    **None Present**
    **Courtroom Deputy**                **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                      None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER DISMISSING ACTION WITHOUT PREJUDICE**


    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of September 21, 2022, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for November 7, 2022, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).


    IT IS SO ORDERED.